In the Matter of CARLOS ABREU, Appellant, v NORMAN R. BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Decided November 15, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, as untimely (*see* CPLR 5513 [a]).

In the Matter of ALAN W. DALE, Appellant, v JOHN M. YORK, Sheriff, Respondent.

Submitted September 6, 2011; decided November 15, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.